

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2018

No. 04-06-00624-CV

**IN RE** Miguel **ALVAREZ**

Original Mandamus Proceeding[1]

### ORDER

On January 31, 2018, relator filed a pro se "Motion to Intervene," asking this court to order the trial court to order the district clerk to file his various pleadings. The motion is DENIED.

It is so **ORDERED** on February 1, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2004-CR-2389, styled *The State of Texas v. Miquel Alvarez*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.